Alphonso Roy LEE, Plaintiff–
Appellant,

v.

YAKIMA POLICE DEPARTMENT;
et al., Defendants–Appellees.

No. 00–35835.

D.C. No. CV–99–03037–WFN.

United States Court of Appeals,
Ninth Circuit.

Submitted June 11, 2001.*

Decided June 25, 2001.

Before O'SCANNLAIN, SILVERMAN,
and RONALD M. GOULD, Circuit
Judges.

MEMORANDUM **

Alphonso Roy Lee appeals pro se the district court's summary judgment for de-

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

fendants in his civil rights action, which alleged racially discriminatory traffic stops. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the summary judgment, *Bagdadi v. Nazar*, 84 F.3d 1194, 1197 (9th Cir.1996), and we affirm for the reasons stated in the district court's order granting summary judgment filed September 7, 2000.

We decline to reach Lee's contention that based on new evidence he is entitled to a new trial pursuant to Federal Rule of Civil Procedure 60(b) because he raises this issue for the first time on appeal. *See Whittaker Corp. v. Execuair Corp.*, 953 F.2d 510, 515 (9th Cir.1992).

Lee's contention that he was not properly served lacks merit.

Appellee's motion to strike is denied.

AFFIRMED.

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.